**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                                                               CASE NO.    6:22-bk-00994-GER

**KISSIMMEE CONDOS PARTNERSHIP, LLC,**            CHAPTER 11

      Debtor
_____/

**KISSIMMEE CONDOS PARTNERSHIP, LLC'S WITNESS LIST**

**KISSIMMEE CONDOS PARTNERSIP, LLC**, (the "Debtor"), by and through undersigned counsel, and pursuant to this Court's Order Scheduling Evidentiary Hearing (Doc. No. 58) and Local Rule 7001-1, files its Witness List as follows:

**WITNESSES**

The Debtor designates the following individuals who may be called as witnesses:

(a)    Corporate Representative of Debtor, Carson Good, c/o R. Scott Shuker, Esq., Shuker & Dorris, P.A., 121 S. Orange Avenue, Orlando, FL 32801.

(b)    Corporate Representative of Whitestone Construction Group, LLC c/o R. Scott Shuker, Esq., Shuker & Dorris, P.A., 121 S. Orange Avenue, Orlando, FL 32801.

(c)    Any and all witnesses listed in Creditor, Darren Bradham's Witness List.

Debtor reserves the right to call any witnesses designated by any other party, rebuttal witnesses, as well as to amend or supplement this witness list.

**RESPECTFULLY SUBMITTED** this 25th day of May 2022.

                                                          _R. Scott Shuker_____
                                                          R. Scott Shuker
                                                          Florida Bar No. 984469

rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Tel: 407-337-2060
Fax: 407-337-2050
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**                                                                              **CASE NO.    6:22-bk-00994-GER**

**KISSIMMEE CONDOS PARTNERSHIP, LLC,**       **CHAPTER 11**

        **Debtor**
_____/

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true copy of **KISSIMMEE CONDOS PARTNERSIP, LLC'S WITNESS LIST**, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **DEBTOR**, Kissimmee Condos Partnership, LLC, 174 West Comstock Avenue, Winter Park, FL 32789; **DARREN L. BRADHAM**, c/o Paul Mascia, Esq., Nardella & Nardella, PLLC, 135 W Central Blvd Ste 300, Orlando, FL 32801-2435 (pmascia@nardellalaw.com); and the **U.S. TRUSTEE'S OFFICE**, 400 W. Washington St., Ste. 1120, Orlando, FL 32801 on this 25th day of May 2022.

                                                    R. Scott Shuker
                                                    R. Scott Shuker

```
Label Matrix for local noticing          Clark & Albaugh, LLP                     Darren Bradham
113A-6                                    Attn:  Scott D. Clark, Esq.             c/o Paul Mascia, Esq.
Case 6:22-bk-00994-GER                    700 W. Morse Blvd, Ste 101              Nardella & Nardella, PLLC
Middle District of Florida                Winter Park, FL 32789-3768              135 W. Central Blvd., Ste. 300
Orlando                                                                           Orlando, FL 32801-2435
Wed May 25 10:05:23 EDT 2022

GrayRobinson, P.A.                        Lakeside Estates Master                 Mark Filburn and Whitestone Construction Gro
301 E. Pine St., #1400                    Community Association, Inc.             c/o Denise D. Dell-Powell
Orlando, FL 32801-2798                    c/o Christopher Isbel                   420 S. Orange Avenue, Suite 700
                                          37 N. Orange Ave., Ste 500              Orlando, FL 32801-4911
                                          Orlando, FL 32801-2438

Miguel Kaled                              Normandy South Corp.                    Osceola County Tax Collector
Attn: Jeannette Lopez                     46 Prince St.                           2501 E. Irlo Bronson Highway
13538 Village Park Dr, #125               Rochester, NY 14607-1023                Kissimmee, FL 34744
Orlando, FL 32837-3600


Refresh Construction, Inc.                Robert Altman +                         R Scott Shuker +
7350 Futures Dr Ste #15                   PO Box 922                              Shuker & Dorris, P.A.
Orlando, FL 32819-9082                    Palatka, FL 32178-0922                  121 South Orange Avenue, Suite 1120
                                                                                  Orlando, FL 32801-3238


Miriam G Suarez +                         Denise D Dell-Powell +                  Audrey M Aleskovsky +
Office of the United States Trustee       Dean Mead Egerton Bloodworth Capouano   Office of the United States Trustee
George C. Young Federal Building          420 S. Orange Avenue, Suite 700         George C. Young Federal Building
400 West Washington Street, Suite 1100    Orlando, FL 32801-4911                  400 West Washington St, Suite 1100
Orlando, FL 32801-2210                                                            Orlando, FL 32801-2210


Paul N Mascia +                           Bryan E Buenaventura +                  Note: Entries with a '+' at the end of the
Of Counsel for Nardella & Nardella, PLLC  U.S. Trustee Office - Region 21         name have an email address on file in CMECF
135 West Central Boulevard, Suite 300     400 West Washington Street, Suite 1100
Orlando, FL 32801-2435                    Orlando, FL 32801-2210



End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```