UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

KISSIMMEE CONDOS PARTNERSHIP, LLC            Case No. 6:22-bk-00994-GER
                                              Chapter 11
     Debtor.
_____/

## CREDITOR DARREN L. BRADHAM'S WITNESS LIST

Creditor, Darren L. Bradham, files his list of witness that he may call for the Evidentiary Hearing scheduled for June 14, 2022, at 9:30a.m. as follows:

1. Darren L. Bradham, c/o Paul N. Mascia, Esq., Nardella & Nardella, PLLC, 135 W. Central Blvd., Ste. 300, Orlando, FL 32801.

2. Calvin E. Gardner, MAI, c/o Paul N. Mascia, Esq., Nardella & Nardella, PLLC, 135 W. Central Blvd., Ste. 300, Orlando, FL 32801.

3. Richard B. Gaudet, c/o Paul N. Mascia, Esq., Nardella & Nardella, PLLC, 135 W. Central Blvd., Ste. 300, Orlando, FL 32801.

4. Carson Good, individually and as the corporate representative of Kissimmee Condos Partnership, LLC and KCP Whitenight, LLC and Good Capital Group, Inc., c/o R. Scott Shuker, Shuker & Dorris, P.A., 121 S. Orange Ave, Ste. 1120, Orlando, FL 32801.

5. Mark Filburn, c/o R. Scott Shuker, Shuker & Dorris, P.A., 121 S. Orange Ave, Ste. 1120, Orlando, FL 32801.

6.   Corporate representative of Whitestone Construction Group, LLC, c/o R. Scott Shuker, Shuker & Dorris, P.A., 121 S. Orange Ave, Ste. 1120, Orlando, FL 32801.

7. Any necessary rebuttal fact and/or expert witnesses.

8. Any and all necessary impeachment witnesses.

9. Any and all witnesses appearing on the Debtor's Witness List.

DATE: May 25, 2022

Respectfully submitted,

*/s/ Paul N. Mascia*
**Paul N. Mascia, Esquire**
Florida Bar No. 489670
**Nardella & Nardella, PLLC**
135 West Central Blvd., Suite 300
Orlando, Florida  32801
Phone: (407) 966-2684
E-mail:  pmascia@nardellalaw.com
Secondary E-mail: klynch@nardellalaw.com

***Attorneys for Darren L. Bradham***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2022, a true and correct copy of the foregoing has been served on all filing users through the CM/ECF system and via email to counsel for the Debtor, R. Scott Shuker, Esq., Shuker & Dorris, P.A., 121 S. Orange Ave, Suite 1120, Orlando, FL 32801, rshuker@shukerdorris.com.

*/s/Paul N. Mascia*
Paul N. Mascia, Esq.