**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**                                                              **CASE NO.    6:22-bk-00994-GER**

**KISSIMMEE CONDOS PARTNERSHIP, LLC,**          **CHAPTER 11**

      **Debtor**
_____/

**KISSIMMEE CONDOS PARTNERSHIP, LLC'S AMENDED WITNESS LIST**

**KISSIMMEE CONDOS PARTNERSIP, LLC**, (the "Debtor"), by and through undersigned counsel, and pursuant to this Court's Order Scheduling Evidentiary Hearing (Doc. No. 58) and Local Rule 7001-1, files its Witness List as follows:

**WITNESSES**

The Debtor designates the following individuals who may be called as witnesses:

(a) Corporate Representative of Debtor, Carson Good, c/o R. Scott Shuker, Esq., Shuker & Dorris, P.A., 121 S. Orange Avenue, Orlando, FL 32801.

(b) Corporate Representative of Whitestone Construction Group, LLC c/o R. Scott Shuker, Esq., Shuker & Dorris, P.A., 121 S. Orange Avenue, Orlando, FL 32801.

(c) Jeff Morris, Executive Managing Director, Colliers, c/o R. Scott Shuker, Esq., Shuker & Dorris, P.A., 121 S. Orange Avenue, Orlando, FL 32801.

(c) Any and all witnesses listed in Creditor, Darren Bradham's Witness List.

Debtor reserves the right to call any witnesses designated by any other party, rebuttal witnesses, as well as to amend or supplement this witness list.

**RESPECTFULLY SUBMITTED** this 2nd day of June 2022.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Tel: 407-337-2060
Fax: 407-337-2050
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**                                                                                   **CASE NO.     6:22-bk-00994-GER**

**KISSIMMEE CONDOS PARTNERSHIP, LLC,**        **CHAPTER 11**

      **Debtor**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of **KISSIMMEE CONDOS PARTNERSIP, LLC'S AMENDED WITNESS LIST**, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **DEBTOR**, Kissimmee Condos Partnership, LLC, 174 West Comstock Avenue, Winter Park, FL 32789; **DARREN L. BRADHAM**, c/o Paul Mascia, Esq., Nardella & Nardella, PLLC, 135 W Central Blvd Ste 300, Orlando, FL 32801-2435 (pmascia@nardellalaw.com); the Local Rule 1007-2 parties-in-interest as shown on the matrix attached to the original of this document; and the **U.S. TRUSTEE'S OFFICE**, 400 W. Washington St., Ste. 1120, Orlando, FL 32801 on this 2nd day of June 2022.

                                                R. Scott Shuker
                                                R. Scott Shuker

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-00994-GER<br>Middle District of Florida<br>Orlando<br>Thu Jun  2 14:58:22 EDT 2022 | Clark & Albaugh, LLP<br>Attn:  Scott D. Clark, Esq.<br>700 W. Morse Blvd, Ste 101<br>Winter Park, FL 32789-3768 | Darren Bradham<br>c/o Paul Mascia, Esq.<br>Nardella & Nardella, PLLC<br>135 W. Central Blvd., Ste. 300<br>Orlando, FL 32801-2435 |
| GrayRobinson, P.A.<br>301 E. Pine St., #1400<br>Orlando, FL 32801-2798 | Lakeside Estates Master<br>Community Association, Inc.<br>c/o Christopher Isbel<br>37 N. Orange Ave., Ste 500<br>Orlando, FL 32801-2438 | Mark Filburn and Whitestone Construction Gro<br>c/o Denise D. Dell-Powell<br>420 S. Orange Avenue, Suite 700<br>Orlando, FL 32801-4911 |
| Miguel Kaled<br>Attn: Jeannette Lopez<br>13538 Village Park Dr, #125<br>Orlando, FL 32837-3600 | Normandy South Corp.<br>46 Prince St.<br>Rochester, NY 14607-1023 | Osceola County Tax Collector<br>2501 E. Irlo Bronson Highway<br>Kissimmee, FL 34744 |
| Refresh Construction, Inc.<br>7350 Futures Dr Ste #15<br>Orlando, FL 32819-9082 | Sunrise Bank<br>c/o Winderweedle, Haines, Ward & Woodman<br>PO Box 880<br>Winter Park, Florida 32790-0880 | Robert Altman +<br>PO Box 922<br>Palatka, FL 32178-0922 |
| Bradley M Saxton +<br>Winderweedle, Haines, Ward & Woodman, PA<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | Miriam G Suarez +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Denise D Dell-Powell +<br>Dean Mead Egerton Bloodworth Capouano<br>420 S. Orange Avenue, Suite 700<br>Orlando, FL 32801-4911 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Paul N Mascia +<br>Of Counsel for Nardella & Nardella, PLLC<br>135 West Central Boulevard, Suite 300<br>Orlando, FL 32801-2435 |
| Bryan E Buenaventura +<br>U.S. Trustee Office - Region 21<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |